IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| F&M FINANCIAL CORPORATION and F&M BANK,<br>*Plaintiffs*,<br><br>*v.*<br><br>FEDERAL INSURANCE COMPANY,<br>*Defendant*. | Case No.: 3:11-cv-00672<br><br>Judge Trauger<br>Magistrate Judge Griffin |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs F&M Financial Corporation and F&M Bank and Defendant Federal Insurance Company, through their respective undersigned attorneys, hereby agree and stipulate to dismiss the above-captioned matter with prejudice, with each party to bear its own costs, as the matter has been settled by the parties.

DATED: December 19, 2011

/s/ Jack W. Robinson, Jr.
Gareth S. Aden (TN BPR #2371)
Jack W. Robinson, Jr. (TN BPR #1656)
GULLET SANFORD ROBINSON & MARTIN PLLC
315 Deaderick Street, Suite 1100
PO Box 198888
Nashville, Tennessee 37219-8888
(615) 244-4994 (tel.)
(615) 256-639 (fax)

Carolyn H. Rosenberg (*pro hac vice*)
Duane F. Sigelko (*pro hac vice*)
J. Andrew Moss (*pro hac vice*)
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 60606-7507
(312) 207-1000 (tel.)
(312) 207-6400 (fax)

*Counsel for Plaintiffs, F&M Financial Corporation
and F&M Bank*

/s/ Jeffrey S. Price
Sam H. Poteet, Jr. (TN BPR# 10086)
Fred C. Statum III (TN BPR# 14495)
Jeffrey S. Price (TN BPR# 19950)
MANIER & HEROD, P.C.
150 Fourth Ave. N., Suite 2200
Nashville, Tennessee 37219
(615) 244-0030 (tel.)
(615) 242-4203 (fax)

*Counsel for Defendant, Federal Insurance
Company*